NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**JOE A. VANN, JR.,**
*Claimant-Appellant,*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————————

2014-7119

———————————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-0932, Judge Coral Wong Pietsch.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Joe A. Vann, Jr. moves for an extension of time to file his opening brief.

Upon consideration thereof:

IT IS ORDERED THAT:

2                                VANN v. MCDONALD


The motion is granted to the extent that Mr. Vann's opening brief (form enclosed) is due on or before November 24, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21